IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

March 5, 2004

Iluminada Cartagena , et al

Plaintiff(s)

**vs.**  CIVIL NO. 97-2129 (GG)

Municipality of Isabela, et al

Defendant(s)

MINUTES

It appearing that this case was **closed** on November 26, 2003 and inadvertently was left open.   The case is hereby **closed** for statistical purposes.

FRANCES RIOS DE MORAN
Clerk of Court

By: S/ Sulma López-Defilló
Sulma López-Defilló
Deputy Clerk